# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-3398

_____

Michael H. Lind; Mary Lind

*Plaintiffs - Appellants*

v.

Linda T. McKinney, individually, and in her official capacity; Thomas Cline, individually, and in his official capacity; John J. Garrabrant, individually, and in his official capacity; Darrin Reed, individually, and in his official capacity; Becky Strong, individually, and in her official capacity; Jackie Jones, individually, and in her official capacity

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: July 23, 2020
Filed: July 28, 2020
[Unpublished]

_____

Before LOKEN, BENTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Michael and Mary Lind appeal four district court[1] orders disposing of their pro se action raising claims under 42 U.S.C. § 1983, the Racketeer Influenced and Corrupt Organizations Act, and state law. Following a careful review, we conclude that the district court did not err in granting judgment for defendants. See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (dismissal under Federal Rule of Civil Procedure 12(b)(6) is reviewed de novo); Johnson v. Blaukat, 453 F.3d 1108, 1112 (8th Cir. 2006) (grant of summary judgment is reviewed de novo). Accordingly, for the reasons stated in the district court's order, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.